```
1  ROY S. GORDET (SBN 103916)
   98 Battery Street, Suite 601
2  San Francisco, California 94111
   Telephone: (415) 627-0300
3  Facsimile:  (415) 627-9020
   roy@gordetlaw.com
4
   Attorneys for Defendants
5  PHILIP CUSHWAY a/k/a PHIL CUSHWAY and ARTROCK, INC.

6
   KENNETH A. FEINSWOG (SBN 129562)
7  6100 Center Drive, Suite 630
   Los Angeles, California 90045
8  Telephone: (310) 846-5800
   Facsimile:  (310) 846-5801
9
   Attorneys for Plaintiffs BRAVADO INTERNATIONAL GROUP MERCHANDISING
10 SERVICES, INC. and BRAVADO INTERNATIONAL GROUP, LIMITED
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC. and BRAVADO INTERNATIONAL GROUP, LIMITED,<br><br>    Plaintiffs,<br><br>vs.<br><br>PHILIP CUSHWAY a/k/a PHIL CUSHWAY and ARTROCK, INC.,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No: C 06-2311 SC<br><br>JOINT DISCOVERY PLAN AND [PROPOSED] ORDER<br><br>Case Management Conference<br>Date: July 28, 2006<br>Time: 10:00 a.m. |

Pursuant to this Court's Order Setting Initial Case Management Conference and ADR Deadlines, the parties jointly submit this Discovery Plan and Proposed Order.

Subject to the Court's approval, the parties have agreed to the following discovery limitations:

JOINT DISCOVERY PLAN
Case No. C 06-2311 SC

1

      a.    10 depositions for each side (excluding experts)

      b.    25 interrogatories to be propounded by each side

      c.    75 document production requests to be propounded by each side

      d.    75 requests for admission to be propounded by each side

Subject to the Court's approval, the parties have agreed to the following discovery deadlines:

Fact Discovery Cut-off - December 15, 2006

Expert Disclosures – January 15, 2006

Expert Discovery Cut-off – February 24, 2006

Date: July 21, 2006

/rsgordet/
Roy S. Gordet,
Attorney for Defendants
Philip Cushway a/k/a Phil Cushway and ArtRock, Inc.

Date: July 21, 2006

/kenneth a. feinswog/
Kenneth A. Feinswog,
Attorney for Plaintiffs
Bravado International Group Merchandising Services, Inc. and Bravado International Group, Limited

IT IS SO ORDERED.

Date: ___7/28___, 2006

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]*

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 6100 Center Drive, Suite 630, Los Angeles, California 90045.

On July 21, 2006, I caused to be served the foregoing documents in this action enclosed in sealed envelopes addressed as follows: **JOINT DISCOVERY PLAN AND [PROPOSED] ORDER**

SEE ATTACHED SERVICE LIST

[X] **(BY MAIL)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit.

[ ] **(OVERNIGHT MAIL)** I caused such document to be delivered via overnight mail to the addressees as indicated on the attached Service List.

[ ] **(BY PERSONAL SERVICE)** I caused to be served such envelope by hand-delivery to the addressees as indicated above.

[ ] **(BY FACSIMILE)** I sent such document, via facsimile, to the addressees as indicated above.

[ ] **(STATE)** I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 21, 2006, at Los Angeles, California.

/kenneth a. feinswog/
Kenneth A. Feinswog

## SERVICE LIST

Roy S. Gordet, Esq.
98 Battery Street, Suite 601
San Francisco, CA 94111