1  ROY S. GORDET (SBN 103916)
   98 Battery Street, Suite 601
2  San Francisco, California 94111
   Telephone: (415) 627-0300
3  Facsimile:  (415) 627-9020
   roy@gordetlaw.com
4
   Attorney for Defendants
5  PHILIP CUSHWAY a/k/a PHIL CUSHWAY and ARTROCK, INC.

6
   KENNETH A. FEINSWOG (SBN 129562)
7  6100 Center Drive, Suite 630
   Los Angeles, California 90045
8  Telephone: (310) 846-5800
   Facsimile:  (310) 846-5801
9
   Attorney for Plaintiffs BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES,
10 INC. and BRAVADO INTERNATIONAL GROUP, LIMITED

11
                          UNITED STATES DISTRICT COURT
12
                         NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN FRANCISCO DIVISION
14

15
   BRAVADO INTERNATIONAL GROUP           )  Case No: C 06-2311 SC
16 MERCHANDISING SERVICES, INC.          )
   and BRAVADO INTERNATIONAL             )  STIPULATION RE EXTENSION OF ALL
17 GROUP, LIMITED,                       )  COURT DEADLINES AND [PROPOSED]
                                         )  ORDER THEREON
18
        Plaintiffs,                      )
19                                       )
        vs.                              )
20                                       )
   PHILIP CUSHWAY a/k/a PHIL             )
21 CUSHWAY and ARTROCK, INC.,            )
                                         )
22                                       )
        Defendants.                      )
23                                       )

24

25      On July 28, 2006, this Honorable Court issued a scheduling order pursuant to a Joint Case

26 Management Conference Statement and a Case Management Conference held before the Court on

27 July 28, 2006.

28

                                                       JOINT STIPULATION AND PROPOSED ORDER
                                                                         Case No. C 06-2311 SC
                                           1

1   The parties participated in an ENE held on October 4, 2006, as well as a follow-up
2   telephone session with the Evaluator on October 18, 2006. Since that time, the parties have been
3   engaged in discovery.

4   Several issues on both sides have arisen concerning the scope of production of documents
5   and the relevance of certain interrogatories. The parties have been meeting and conferring
6   regarding the disputes with progressive movement forward. Both parties believe that working
7   through these issues rather than seeking judicial intervention will continue to prove fruitful.
8   However, in order to fully address and resolve the remaining disagreements, to complete in-depth
9   investigations regarding production, and avoid any judicial intervention through motion practice,
10  the parties jointly seek an extension of time.

11  Therefore, the parties jointly request the Court continue all deadlines in the Court's Order
12  dated July 28, 2006 for 90 days.

|  | Current Dates | Proposed Dates |
|---|---|---|
| Close of Discovery: | March 14, 2007 | June 14, 2007 |
| Last Day to Hear Dispositive Motions: | April 27, 2007 | July 27, 2007 |
| Trial Date: | May 14, 2007 | August 13, 2007 |

IT IS SO STIPULATED.

Date: February 1, 2007        __/roysgordet/_____
                              Roy S. Gordet,
                              Attorney for Defendants
                              Philip Cushway a/k/a Phil Cushway and ArtRock, Inc.

Date: February 1, 2007        /kenneth a. feinswog/
                              Kenneth A. Feinswog,
                              Attorney for Plaintiffs
                              Bravado International Group Merchandising Services,
                              Inc. and Bravado International Group, Limited

IT IS SO ORDERED.

_____       Date: ___2/5___, 2007
U.S.D.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Samuel Conti]*