ROY S. GORDET (SBN 103916)
98 Battery Street, Suite 601
San Francisco, California 94111
Telephone: (415) 627-0300
Facsimile:  (415) 627-9020
roy@gordetlaw.com

Attorney for Defendants
PHILIP CUSHWAY a/k/a PHIL CUSHWAY and ARTROCK, INC.


KENNETH A. FEINSWOG (SBN 129562)
6100 Center Drive, Suite 630
Los Angeles, California 90045
Telephone: (310) 846-5800
Facsimile:  (310) 846-5801

Attorney for Plaintiffs BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC. and BRAVADO INTERNATIONAL GROUP, LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC. and BRAVADO INTERNATIONAL GROUP, LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>PHILIP CUSHWAY a/k/a PHIL CUSHWAY and ARTROCK, INC.,<br><br>Defendants. | Case No: C 06-2311 SC<br><br>SECOND STIPULATION RE EXTENSION OF ALL COURT DEADLINES AND [PROPOSED] ORDER THEREON |

On July 28, 2006, this Honorable Court issued a scheduling order pursuant to a Joint Case Management Conference Statement and a Case Management Conference held before the Court on July 28, 2006.

The parties participated in an ENE held on October 4, 2006, as well as a follow-up

- 1 -
JOINT STIPULATION AND PROPOSED ORDER Case No:  C 06-2311 SC

telephone session with the Evaluator on October 18, 2006.  Subsequently the parties conducted discovery.  Some discovery issues arose, and on  February 2, 2007 the parties sought and were granted an extension of time.

During the course of attempting to resolve the discovery disputes, the parties began settlement discussions that have been steadily progressing.  In recent weeks the parties have exchanged written drafts of a settlement agreement and mutual release, and have had telephone conferences to resolve each party's issues.

However, the parties believe that the remainder of the settlement negotiations, including a probable sell-off period, will extend past the current deadlines set by the Court.  Moreover, in light of the upcoming discovery cut-off, the parties would prefer to continue to devote time and energy to settlement efforts, rather than attempting to complete discovery obligations prior to the upcoming discovery deadline.

Therefore, the parties jointly request that the Court continue all deadlines in the Court's Order dated February 5, 2007 for 104 days (3 months and 2 weeks), as follows:.

|  | Current Dates | Proposed Dates |
|---|---|---|
| Close of Discovery: | June 14, 2007 | September 26, 2007 |
| Last Day to Hear Dispositive Motions: | July 27, 2007 | November 9, 2007 |
| Trial Date: | August 13, 2007 | November 26, 2007 |

IT IS SO STIPULATED.

Date:  May 18, 2007            /roysgordet/
                               Roy S. Gordet,
                               Attorney for Defendants
                               Philip Cushway a/k/a Phil Cushway and ArtRock, Inc.

Date:  May 18, 2007            /kenneth a.feinswog/
                               Kenneth A. Feinswog,
                               Attorney for Plaintiffs
                               Bravado International Group Merchandising Services, Inc. and Bravado International Group, Limited



DENIED
Judge Samuel Conti

- 2 -
JOINT STIPULATION AND PROPOSED ORDER Case No:  C 06-2311 SC