1  KENNETH A. FEINSWOG
   Bar No. 129562
2  6100 Center Drive, Suite 630
   Los Angeles, California 90045
3  (310) 846-5800
4  kfeinswog@aol.com

5  Attorney for Plaintiffs

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9              SAN FRANCISCO DIVISION

10

11  ------------------------------------------------------------X   **Case No: C 06-2311 SC**
    BRAVADO INTERNATIONAL GROUP
12  MERCHANDISING SERVICES, INC. and            **STIPULATION OF DISMISSAL**
    BRAVADO INTERNATIONAL GROUP,                **WITHOUT PREJUDICE**
13  LIMITED,
14                                              **F.R.C.P. 41(a)**
                              Plaintiffs,
15
16          -against-
17
    PHILIP CUSHWAY a/k/a PHIL CUSHWAY
18  and ARTROCK, INC.
19
                              Defendants.
20  ------------------------------------------------------------X
21
22
23
24
25
26
27
28
                                                STPULATION OF DISMISSAL
                                                Case No: C 06-2311 SC

                                1

1        IT IS HEREBY STIPUALTED by and between the parties in the above-referenced action,

2    by their undersigned attorneys of record, that this entire action and all claims and counterclaims

3    raised therein are hereby dismissed without prejudice with each party bearing its own costs and

4

5    attorneys' fees.

6

7

8    Dated: July 19, 2007                    /kenneth a. feinswog/
                                             Kenneth A. Feinswog
                                             Attorney for Plaintiffs
9                                            6100 Center Drive, Suite 630
10                                           Los Angeles, California 90045
                                             (310) 846-5800
11

12

13   Dated: July 20, 2007                    _/s/_____
                                             Roy S. Gordet
14                                           Attorney for Defendants
15                                           98 Battery Street, Suite 601
                                             San Francisco, CA 94111
16

17

18

19

20   IT IS SO ORDERED

21

22

23

24   _____
     UNITED STATES DISTRICT JUDGE
25        7/30/07

26

27

28